UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

    Plaintiff,

v.

AARON LEWIS HANEY,

    Defendant.
_____/

Criminal No. 22-20304

Hon. THOMAS L. LUDINGTON

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against AARON LEWIS HANEY.  Accordingly, IT IS HEREBY ORDERED that the Indictment against that defendant be dismissed, and that Defendant's appearance bond, if any, be canceled.

                                                Thomas L. Ludington
                                                United States District Judge

Entered: