UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-cr-20304 |
| Plaintiff | HON. THOMAS L. LUDINGTON<br>United States District Judge |
| v. | |
| AARON LEWIS HANEY, | |
| Defendant. | |

_____

MOTION AND BRIEF TO DISMISS INDICTMENT
_____

The United States of America moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for leave to dismiss the Indictment against AARON LEWIS HANEY in the above-entitled case for the reasons that the Indictment is unsupported by the evidence, and the ends of justice would best be served by this dismissal.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/ J. MICHAEL BUCKLEY                s/With Consent of Dawn Ison
Assistant United States Attorney     United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708
(989) 891-0361
**Dated: September 9, 2022**